# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD LAWRENCE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>GLU MOBILE INC., NICK EARL,  )<br>DARLA ANDERSON, ERIC R. BALL,  )<br>GREG BRANDEAU, NICCOLO M. DE  )<br>MASI, BEN FEDER, ANN MATHER,  )<br>HANY M. NADA, BENJAMIN T.  )<br>SMITH, IV, and GABRIELLE  )<br>TOLEDANO,  )<br>)<br>Defendants.  ) | Case No. 1:21-cv-00438-CFC<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: May 6, 2021

**LONG LAW, LLC**

By: */s/Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*